UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DANIEL LOPEZ DEJESUS,<br><br>                    Petitioner,<br>     v.<br><br>DREW BOSTOCK,<br><br>                    Respondent. | Case No. 25-cv-01427-JHC-TLF<br><br>ORDER APPOINTING FEDERAL PUBLIC DEFENDER |

Petitioner filed a Motion to Appoint Counsel in this 28 U.S.C. § 2241 immigration habeas action. Dkt. 2. Having considered the Motion, Petitioner's financial eligibility, and the balance of the record, the Court finds and **ORDERS**:

(1) While there is no constitutional right to appointment of counsel in actions brought under § 2241, the complex issues involved in this case and the interests of justice require that counsel be appointed for Petitioner. *See* 18 U.S.C. § 3006A(a)(2)(B). Petitioner has demonstrated financial eligibility for such appointment. *See* Dkt. 2, at 2-6. Accordingly, Petitioner's request for appointment of counsel is **GRANTED**. Dkt. 2. The Court **APPOINTS** the Federal Public Defender to represent Petitioner in these proceedings.

(2) The Clerk shall send copies of this Order to Petitioner, to the Federal Public Defender, and to the Honorable John H. Chun

1 | Dated this 4th day of September, 2025.

Theresa L. Fricke
United States Magistrate Judge

ORDER APPOINTING FEDERAL PUBLIC
DEFENDERS - 2