1
2
3
4
5                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
6                              AT SEATTLE
7
8   DANIEL LOPEZ DEJESUS,              )    No. CV25-1427-JHC-TLF
                                       )
9                  Petitioner,         )
                                       )
10          v.                         )    ORDER MODIFYING BRIEFING
                                       )    SCHEDULE AND WITHDRAWING
11  DREW BOSTOCK, Seattle Field Office )    REFERENCE TO MAGISTRATE
    Director,                          )    JUDGE
12                                     )
    BRUCE SCOTT, Warden of Northwest   )
13  Immigration Detention Center,      )
                                       )
14                 Respondent.         )

        THE COURT has considered Mr. Lopez DeJesus's motion for an order

15  modifying the briefing schedule and withdrawing reference to Magistrate Judge.  Dkt. #

16  12.

17      IT IS ORDERED that the proposed briefing schedule in this matter is revised as

18  follows:

19      •    Petitioner's Response will be filed on October 27, 2025.

20      •    Respondents have waived filing a reply to Petitioner's Response.

21      •    The Court will note the habeas petition for October 27, 2025.

22      Because of this Court's modified briefing schedule, the Court terminates the

23  referral to the Magistrate Judge Theresa Fricke.

24  //

25  //

26

1    DONE this 21st day of October, 2025.

2

3

4    _____

5    JOHN H. CHUN
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26