UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| DANIEL LOPEZ DEJESUS, | ) | No. CV25-1427-JHC-TLF |
| Petitioner, | ) ) ) | |
| v. | ) ) | ORDER EXTENDING DUE DATE OF PETITIONER'S RESPONSE TO |
| DREW BOSTOCK, Seattle Field Office Director, | ) ) ) | FEDERAL RESPONDENT'S RETURN AND RENOTE HABEAS CORPUS PETITION |
| BRUCE SCOTT, Warden of Northwest Immigration Detention Center, | ) ) ) | |
| Respondent. | ) | |

THE COURT has considered Mr. Lopez's unopposed motion for an order extend the due date for his response to the federal Respondents' habeas corpus return and renote the habeas corpus petition, Dkt. # 14, and the records and files herein.

IT IS ORDERED that the briefing schedule is extended as follows:

- Petitioner's Response will be filed on October 28, 2025.
- The Court DIRECTS the Clerk to renote the habeas petition for October 28, 2025.

//
//
//

FE

ORDER EXTENDING BRIEFING SCHEDULE
(*Lopez DeJesus v. Bostock et. al* / CV25-1427-JHC-TLF) - 1

1
2  DONE this 27th day of October, 2025.
3
4
5  _____
   JOHN H. CHUN
6  UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

FE

ORDER EXTENDING BRIEFING SCHEDULE
(*Lopez DeJesus v. Bostock et. al* / CV25-1427-JHC-TLF) - 2