THE HONORABLE JOHN H. CHUN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL LOPEZ DEJESUS,<br><br>        Petitioner,<br><br>        v.<br><br>DREW BOSTOCK, Seattle Field Office Director,<br><br>BRUCE SCOTT, Warden of Northwest Immigration Detention Center,<br><br>        Respondents. | No. CV25-1427-JHC<br><br>ORDER BARRING RESPONDENTS FROM REMOVING PETITIONER FROM THE DISTRICT |

THE COURT has considered Mr. Lopez DeJesus's unopposed motion for an order barring Respondents from removing him from the district.

IT IS ORDERED that Respondents are barred from removing Petitioner from the district pending resolution of the current proceeding, provided that, if, in Petitioner's current Petition for Review before the Ninth Circuit, the Ninth Circuit upholds the current removal order, issues the mandate, and removes the current stay of removal, this Order shall not apply.

Dated this 12th day of November, 2025.

_____
JOHN H. CHUN
UNITED STATES DISTRICT JUDGE

ORDER - 1