## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL LOPEZ DEJESUS,<br><br>　　　　　　　　　　Petitioner,<br>　v.<br><br>DREW BOSTOCK, Seattle Field Office Director, BRUCE SCOTT, Warden of Northwest Immigration Detention Center,<br><br>　　　　　　　　　　Respondents. | JUDGMENT IN A CIVIL CASE<br><br>CASE NUMBER 25-cv-01427-JHC-TLF |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　The petition for writ of habeas corpus is granted.  Dkt. # 19.  This case is closed.

　Dated January 12, 2026.

　　　　　　　　　　　　　　　　　　　Joshua C. Lewis
　　　　　　　　　　　　　　　　　　　Clerk of Court


　　　　　　　　　　　　　　　　　　　*/s/Ashleigh Drecktrah*
　　　　　　　　　　　　　　　　　　　Deputy Clerk